JOSHUA HARRISON, Respondent, *v.* ROBERT BEATTIE et al., Appellants.

(Argued March 18, 1873; decided June term, 1873.)

THIS appeal presented simply questions of fact, and the court, therefore, held there was nothing for review here.

*Whitbeck & Wandell* for the appellants.

*Amasa J. Parker* for the respondent.

REYNOLDS, C., reads for affirmance.

All concur; LOTT, Ch. C., not sitting.

Judgment affirmed.